In the Matter of TIMOTHY O'CONNOR, an Incompetent Person.

Supreme Court, Special Term, Kings County, August 27, 1945.

*Robert C. Roy* for Thomas J. O'Connor, petitioner, for the motion.

*Nathaniel L. Goldstein, Attorney-General* (*Isidore Siegel* of counsel), opposed.

WENZEL, J. The petitioner, uncle of the incompetent war veteran, moves for an order permitting the substituted committee of the incompetent to pay him the sum of $15 per week from the incompetent's estate, for his support and maintenance.

There is no legal obligation upon the part of the incompetent to support the petitioner and under the Federal statutes the petitioner, as the incompetent's uncle, is not defined as a dependent [World War Adjusted Compensation Act, § 607; U. S. Code, tit. 38, § 667]. Application denied.